UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMIR RAUF,<br><br>        Plaintiff,<br><br>-against-<br><br>PERCEPTRON, INC., JAY W. FREELAND, C. RICHARD NEELY JR., JOHN F. BRYANT, JAMES A. RATIGAN, WILLIAM C. TAYLOR, and SUJATHA KUMAR,<br><br>        Defendants. | Case No.: 1:20-cv-08980 |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: December 15, 2020

**ADEMI LLP**
Guri Ademi
Jesse Fruchter
3620 East Layton Avenue
Cudahy, Wisconsin 53110
Tel: (414) 482-8000
Fax: (414) 482-8001
Email: gademi@ademilaw.com
       jfruchter@ademilaw.com

*Attorneys for Plaintiff*

Respectfully submitted,
**MONTEVERDE & ASSOCIATES PC**

*/s/Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: (212) 971-1341
Fax: (212) 202-7880

*Attorney for Plaintiff*